# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Judge William J. Martínez

Civil Action No. 11-cv-01288-WJM

JOSHUA J. VIGIL,

    Applicant,

v.

JOHN DAVIS, Warden, and
JOHN W. SUTHERS, the Attorney General of the State of Colorado,

    Respondents.

## ORDER FOR STATE COURT RECORD

After preliminary consideration of the application for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, it is

ORDERED that **within thirty (30) days from the date of this Order** the Respondents shall file with the Clerk of the Court, in electronic format if available, a copy of the complete record of in *People v. Vigil*, Jefferson County District Court Case No. 03CR812, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims.  It is

FURTHER ORDERED that the Clerk of the Court is directed to send copies of this order to the following:

    (1)    Jefferson Combined Court
            100 Jefferson County Parkway
            Golden, CO 80401

    (2)    Assistant Solicitor General

        Appellate Division
        Office of the Attorney General
        1525 Sherman Street
        Denver, Colorado  80203; and

(3)    Court Services Manager
       State Court Administrator's Office
       101 W. Colfax, Ste. 500
       Denver, Colorado  80202.

Dated this 1st day of September, 2011.

BY THE COURT:

_____
William J. Martínez
United States District Judge